

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00383-CR

Jamie **LONGORIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10053
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on January 2, 2018. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court